**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:

CARMEN VALDEZ QUITERO, and all
others similarly situated under 29 U.S.C.
216 (b),

  Plaintiff,

v.

PUBLIC PARTNERSHIPS, LLC.,

  Defendant.

_____/

## <u>DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL</u>
### <u>(Federal question)</u>

  Defendant, Public Partnerships, LLC, ("Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff in the Circuit Court of the Eleventh (11th) Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division.  The grounds for removal of this civil action are set forth below.

  1.  On or about January 17, 2024, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, *Carmen Valdez Quintero, et al. v. Public Partnerships, LLC* (the "Circuit Court case"). The Circuit Court case was assigned case number 2023-000441-CA-01.

  2.  In the Complaint, Plaintiff alleges the following causes of action:

  Violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*

1

3.      Because Plaintiff alleges claims under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a)

4.      On February 19, 2024, Defendant was served with Plaintiff's Complaint. Therefore, this Notice has been filed within thirty (30) days after Defendant received the pleading setting forth the claims for relief upon which this removal is based as required by 28 U.S.C. § 1446(b).

5.      As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court case are attached to this Notice as **"EXHIBIT A."**

6.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of the removal to Plaintiff and will file a copy of this Notice in the Circuit Court in and for Miami-Dade County, Florida.

7.      The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiffs filed their Complaint.  Thus, removal is proper to this Court.

**WHEREFORE,** Defendant, Public Partnerships, LLC, respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court in and for Miami-Dade County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated:  March 20, 2024                    Respectfully submitted,

                                          /s/ *Dion J. Cassata*
                                          Dion J. Cassata, Esq.
                                          Florida Bar No.: 672564
                                          Email: *dion.cassata@jacksonlewis.com*

                                          JACKSON LEWIS P.C.
                                          One Biscayne Tower, Suite 3500
                                          Two South Biscayne Boulevard

Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*/s/ Dion J. Cassata*
Dion J. Cassata, Esq.

## SERVICE LIST

J.H. Zidell, Esq.
Florida Bar No. 0010121
Email: *zabogado@aol.com*

Alan Goldstraj, Esq.
Florida Bar No, 1025412
Email: *agoldstraj.jhzidellpa@gmail.com*

**J.H. ZIDELL, P.A.**
300 71st Street, #605
Miami Beach, Florida 33141
Telephone: (305) 865-6766

*Counsel for Plaintiff*

Dion Cassata, Esq.
Florida Bar No.: 672564
Email:  *Dion.Cassata@jacksonlewis.com*

**JACKSON LEWIS P.C.**
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*